

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR 02-0800 GAF-03 |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| v. | ) | (Fed.R.Crim.P. 32.1(a)(6) |
|  | ) | 18 U.S.C. § 3143(a) |
| RAY ANGEL RIVERA, | ) | Allegations of Violations of Probation/Supervised Release Conditions) |
| Defendant. | ) |  |

   On arrest warrant issued by the United States District Court for the _Central Dist of Cal._ involving alleged violations of conditions of probation/supervised release:

   1.   The court finds that no condition or combination of conditions will reasonably assure:

   A.   ( ✓ ) the appearance of defendant as required; and/or

   B.   ( ✓ ) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

_See PSA report_

B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _See PSA report_

IT IS ORDERED that defendant be detained.

DATED: 10-3-14

_[signature]_

United States Magistrate Judge