# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAY ANGEL RIVERA,<br><br>Defendant. | Case No. CR 02-800-JAK<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

FILED
CLERK, U.S. DISTRICT COURT
OCT 28 2016
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

I.

On October 28, 2016, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued by this Court.

Defendant was represented by Deputy Federal Public Defender ("DFPD") Rachel Rossi.

The Court has reviewed the Pretrial Services Report and its recommendation of detention, the allegations in the Violation Petition and the Government's Request for Detention.

      Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

      The Court finds that :

    A.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

        ☒    Allegations in petition include defendant's conviction for willfully inflicting corporal injury on or about April 25, 2016

        ☒    Lack of surety information

        ☒    Lack of ties to the Central District of California

    B.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

        ☒    criminal history

        ☒    prior violations of conditions of supervised release

        ☒    allegations in the Petition for Revocation

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: October 28, 2016

                                                      /s/  
                                        ALKA SAGAR  
                            UNITED STATES MAGISTRATE JUDGE